UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRENCE STECKMAN, | ) |
| Plaintiff, | ) CAUSE NO: 1:17-cv-01183-LSA-TAB |
| vs. | ) |
| JOSEPH KOCHUGA and CONTINTENTAL WESTERN INSURANCE COMPANY, | ) |
| Defendants. | ) |

**STATEMENT RESPONDING TO THE NOTICE OF REMOVAL'S ALLEGATIONS AS TO THE CITIZENSHIP OF THE PARTIES AND THE AMOUNT IN CONTROVERSY**

Plaintiff, by Counsel, pursuant to Local Rule 81-1, accepts the notice of removal's allegations as to the citizenship of the parties and the amount in controversy.

Respectfully submitted,

/s/ Katherine G. Karres
Katherine G. Karres, # 27192-49
Attorney for Plaintiff(s)
HENSLEY LEGAL GROUP, P.C.
117 E Washington Street, Ste 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2018, I electronically filed the above with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Joshua J. Rauch
MANDEL HORN, P.C.
Attorney For: Joseph Kochuga
704 Adams Street, Suite F
Carmel, IN  46032
Phone: (317) 848-7000
Fax: (317) 848-6197
Email Address: jrauch@mhmrlaw.com

Scott Cockrum
Hinshaw & Culbertson, LLP
Attorney For: Continental Western Insurance Company
322 Indianapolis Blvd, Ste 201
Schererville, IN  46375
Phone: (219) 864-5051
Fax: (219) 864-5052
Email Address: scockrum@hinshawlaw.com

                                                           /s/ Katherine G. Karres
                                                           Katherine G. Karres, #27192-49
                                                           Attorney for Plaintiff(s)
                                                           HENSLEY LEGAL GROUP, P.C.
                                                           117 E Washington Street, Ste 200
                                                           Indianapolis, IN 46204
                                                           (317) 472-3333 Phone
                                                           (317) 472-3340 Facsimile