UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| TERRENCE STECKMAN, | ) |
| | ) CAUSE NO: 1:18-cv-1183-LSA-TAB |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEPH KOCHUGA and | ) |
| CONTINTENTAL WESTERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Comes now the Plaintiff, Terry Steckman, by counsel, and respectfully notifies the Court that the parties were able to reach a settlement in this matter. As a result, the status conference set for 4:30 p.m. on September 5, 2018 can be removed from the Court's calendar.

                                                                        Respectfully submitted,

                                                                        /s/ Katherine G. Karres
                                                                        Katherine G. Karres, #27192-49
                                                                        Attorney for Plaintiff(s)

HENSLEY LEGAL GROUP, P.C.
117 E Washington Street, Ste 200
Indianapolis, IN 46204

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed the above with the Clerk of the

Court using the CM/ECF system which sent notification of such filing to the following:

Joshua J. Rauch
MANDEL HORN, P.C.
Attorney For: Joseph Kochuga
704 Adams Street, Suite F
Carmel, IN  46032
Phone: (317) 848-7000
Fax: (317) 848-6197
Email Address: jrauch@mhmrlaw.com

Scott Cockrum
Hinshaw & Culbertson, LLP
Attorney For: Continental Western Insurance Company
322 Indianapolis Blvd, Ste 201
Schererville, IN  46375
Phone: (219) 864-5051
Fax: (219) 864-5052
Email Address: scockrum@hinshawlaw.com

/s/ Katherine G. Karres
Katherine G. Karres, #27192-49
Attorney for Plaintiff(s)
HENSLEY LEGAL GROUP, P.C.
117 E Washington Street, Ste 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile